■ In the Matter of ANA RIVERA, Respondent, v DESIREE L. PEREZ, Appellant. (Appeal No. 4.) [749 NYS2d 764] —Appeal from an order of Family Court, Erie County (Szczur, J.), entered June 19, 2000, which dismissed the petition of the paternal grandmother for visitation.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Matter of Rivera v Perez* ([appeal No. 1] 299 AD2d 944). Present—Pine, J.P., Hayes, Scudder, Kehoe and Lawton, JJ.